# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DETRICK D. CROSTON,**                                                                              **PLAINTIFF**
**ADC #131172**

**v.**                   **CASE NO. 5:14CV00008 BSM**

**GREG SOCIA, Captain, Maximum**
**Security Unit, ADC;** *et al.*                                                      **DEFENDANTS**

## **ORDER**

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety. Accordingly, defendants William Straughn, Eason, Xavier Johnson, R. Jones, Brandy Young, and Welcher are dismissed from this action, for plaintiff Detrick Croston's failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 25th day of February 2014.

                                                                                    /s/ Brian S. Miller
                                                     UNITED STATES DISTRICT JUDGE