IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DETRICK D. CROSTON,** **PLAINTIFF**
**ADC #131172**

v.          CASE NO. 5:14CV00008 BSM

**GREG SOCIA, Captain, Maximum**
**Security Unit, ADC, et al.** **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been received. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED that:

1. Defendant's motion for summary judgment [Doc. No. 29] be granted, and plaintiff's complaint be dismissed with prejudice.

IT IS SO ORDERED this 4th day of February 2015.

_____
UNITED STATES DISTRICT JUDGE